Opinion filed July 9, 2009 











 
 
  
 
 







 
 
  
 
 




Opinion filed July 9, 2009 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                  ___________

 

                                                          No. 11-08-00174-CV

                                           __________

 

                                 DAN EDSWORTH GREER, Appellant

 

                                                             V.

 

                                      DAVID
THOMPSON, Appellee

 



 

                                        On
Appeal from the 132nd District Court

 

                                                          Scurry
County, Texas

 

                                                    Trial
Court Cause No. 22912

 



 

                                             M
E M O R A N D U M   O P I N I O N

The
parties have filed a joint motion asking this court to set aside the trial
court=s judgment
without regard to the merits and to remand the cause for further consideration
in the trial court consistent with the parties agreement.  The motion is
granted. 

Pursuant
to the parties agreement, the judgment of the trial court is reversed, and the
cause is remanded.

 

July 9, 2009                                                                             PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.